```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/11
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DUSHYANT KURUWA and
MONICA ARGUELLES,

                      Plaintiffs,                     **09 CIVIL 4412 (GWG)**

        -against-                                **JUDGMENT**

MILTON L. MEYERS,
                  Defendant.
-------------------------------------------------------------X

        Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, and the Court, on October 21, 2011, having rendered its Opinion and Order directing the Clerk of the Court to calculate and enter judgment in favor of plaintiff Dushyant Kuruwa against defendant Milton Meyers in the amount of $143,231.00 plus (a) prejudgment interest accuring at the rate of $26.93 per day from October 3, 2010 until date of judgment, plus (b) prejudgment interest accuring at the rate of $1.68 per day from December 26, 2009 until the date of judgment, and in favor of plaintiff Monica Arguelles against defendant Milton Meyers in the amount of $5,001.00 , it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 21, 2011, Judgment is entered in favor of plaintiff Dushyant Kuruwa against defendant Milton Meyers in the amount of $143,231.00 plus, (a) prejudgment interest at the rate of $26.93 per day from October 3, 2010 through October 24, 2011 in the amount of $10,421.91, plus (b) prejudgment interest at the rate of $1.68 a day from December 26, 2009 through October 24, 2011 in the amount of $1,122.24 in the total amount of $154,775.15; and in favor of plaintiff Monica Arguelles against defendant Milton Meyers in the total amount of $5,001.00.

**Dated:** New York, New York

October 24, 2011                    RUBY J. KRAJICK

Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____